951 A.2d 257

**James ANDERSON, Petitioner**

v.

**Lynne A. ABRAHAM, District Attorney of Philadelphia County, Penna., Respondent.**

Supreme Court of Pennsylvania.

June 11, 2008.

222

*ORDER*

PER CURIAM.

**AND NOW,** this 11th day of June, 2008, Application for Leave to File Original Process is **GRANTED.** The Petition for Writ of Mandamus and/or Extraordinary Relief and the Motion to Seek Leave of the Court to Supplement the Record are **DENIED.**